

United States District Court
Eastern District of California

| Louise Hopkins | | Case Number: | 2:23-cv-00436-MCE-AC |

Plaintiff(s)

V.

National Business Factors Inc of Nevada

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, John T. Steinkamp hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Louise Hopkins

On June 6, 1997 (date), I was admitted to practice and presently in good standing in the United States District Court - Southern District of Indiana (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[✓] I have [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Breana Hicks v. Midland Credit Management, Inc, Case #1:22-cv-676-JLT-EPG, Granted 10/28/202

Date: 4/5/2023            Signature of Applicant: /s/ John T. Steinkamp

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | John T. Steinkamp |
| Law Firm Name: | Recovery Law Group, APC |
| Address: | 309 W. 11th Street |
| City: | Anderson  State: IN  Zip: 46016 |
| Phone Number w/Area Code: | (765) 400-2921 |
| City and State of Residence: | Greenwood, IN |
| Primary E-mail Address: | Jsteinkamp@recoverylawgroup.com |
| Secondary E-mail Address: | litigation@recoverylawgroup.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Nicholas M. Wajda |
| Law Firm Name: | Wajda Law Group, APC |
| Address: | 6167 Bristol Parkway, Suite 200 |
| City: | Culver City  State: CA  Zip: 90230 |
| Phone Number w/Area Code: | (888) 213-0169 |
| Bar #: | 259178 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

DATED: April 6, 2023

*/s/ Morrison C. England, Jr.*
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE