UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUISE HOPKINS, | No. 2:23-cv-00436-MCE-AC |
| Plaintiff, | |
| v. | **ORDER** |
| NATIONAL BUSINESS FACTORS INC. OF NEVADA, | |
| Defendant. | |

Pursuant to the parties' Joint Stipulation of Dismissal with Prejudice, ECF No. 9, this action is hereby DISMISSED in its entirety with prejudice.  Each party shall bear their own attorney's fees and costs, and the Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated: June 4, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1